**Application and Order are for more funds than are available for this Claimant**

**This order is not signed for the reason set forth above.**




**Dated: April 25, 2016**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| In re: Howard Jones & Barbara Anne Brinton<br><br>Debtor(s) | Case No: 10-36296-JTM<br>Chapter 7 |
|---|---|

**ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

It appearing that the check made payable to PYOD, LLC, its successors & assigns as assignee of Citibank (South Dakota) N.A., in the amount of $426.52 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C.§347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Resurgent Capital Services LP C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $426.52, to: Resurgent Capital Services LP

C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

------------------------------------------- END OF ORDER -------------------------------------------

Entered On Docket: 04/25/2016

United States Bankruptcy Court
District of Utah

In re:
Howard Jones Brinton
Barbara Anne Brinton
Debtors

Case No. 10-36296-JTM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2 User: dlg Page 1 of 1 Date Rcvd: Apr 25, 2016
Form ID: pdfor1 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2016.

+Resurgent Capital Services LP, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

+E-mail/Text: cmecf@dilksknopik.com Apr 26 2016 00:40:03 Resurgent Capital Services LP, c/o Dilks & Knopik, LLC, 35308 SE Center St., Snoqualmie, WA 98065-9216

TOTAL: 1

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

cr Dilks & Knopik, LLC Attorney for Resurgent Capital

TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

Date: Apr 27, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court’s CM/ECF electronic mail (Email) system on April 25, 2016 at the address(es) listed below:

Elizabeth R. Loveridge on behalf of Trustee Elizabeth R. Loveridge tr eloveridge@wklawpc.com, rchristensen@wklawpc.com
Elizabeth R. Loveridge tr eloveridge@wklawpc.com, rchristensen@wklawpc.com;eloveridge@ecf.epiqsystems.com
Penrod W. Keith on behalf of Debtor Howard Jones Brinton pkeith@djplaw.com, khughes@djplaw.com
Penrod W. Keith on behalf of Joint Debtor Barbara Anne Brinton pkeith@djplaw.com, khughes@djplaw.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 5